U.S. Department of Justice 
United States Marshals Service

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
NORTHERN MARIANA ISLANDS
*(District)*

PO BOX 500570
SAIPAN MP 96950
670-236-2950
*(Return Address and Phone)*

F I L E D
Clerk
District Court

FEB - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Please type or print neatly:*

TO: DEPARTMENT OF CORRECTIONS
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
SAIPAN MP 96950
670-664-9058/9

DATE: 08 FEBRUARY 2006
SUBJECT: FRANCISCO REYES SANTOS
AKA: NONE
DOB/SSN: 05/01/1957
REF. #
USMS #: 00331-005
CR #: 00-00008-001

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of N. MARIANA ISLANDS has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at  670-236-2956 .
                                                    *FAX No.*

| RECEIPT | |
|---|---|
| Date: | 08 FEB 2006 |
| Signed: | *[signature]* |
| By: | STANLEY PATRIS |
| Title: | COIII |

Very truly yours,

*[signature]*
*(Signature)*

DUSM W. CALVERT/DUSM D. WILLIAMS
*(Name and Title)*

Requested by: JUDGE MUNSON

Form USM-16D
Rev. 04/05