AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

V.

FRANCISCO REYES SANTOS

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-00008-001

FILED
Clerk
District Court

MAY 2 ? 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**YOU ARE HEREBY COMMANDED** to arrest _____FRANCISCO REYES SANTOS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☑ Probation Violation Petition

charging him or her with (brief description of offense)

Violation Number:          Nature of Noncompliance:
Special Condition (1)      Defendant failed to refrain from committing another federal, state or local crime.

in violation of Title ___18___ United States Code, Section(s) ___3583___

| | |
|---|---|
| Alex R. Munson | Chief Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Signature of Issuing Officer | 02/08/2006  Garapan, Saipan, NMI <br> Date and Location |
| Bail fixed at $ NO BAIL | by *[signature]* Honorable, Alex R. Munson, Chief Judge <br> Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
CNMI Department of Corrections

| DATE RECEIVED <br> 02/08/06 | NAME AND TITLE OF ARRESTING OFFICER <br> Deputy U.S. Marshal (c1) | SIGNATURE OF ARRESTING OFFICER <br> *[signature]* C1DUSM #3086 |
|---|---|---|
| DATE OF ARREST <br> 05/29/08 | W. M. Calvert D/NMI | |